# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:99CR31** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| V. | ) | **ORDER OF DISMISSAL** |
| | ) | |
| **MARTIN BELTRAN-FELIX,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the Court on the motion for leave to dismiss this criminal case without prejudice, filed by Plaintiff United States of America. The Court finds that the motion should be granted pursuant to Fed. R. Crim. P. 48(a). Accordingly,

IT IS ORDERED:

1. The Plaintiff's Motion to Dismiss (Filing No. 89) is granted; and

2. The Indictment against Defendant Martin Beltran-Felix is dismissed without prejudice.

DATED this 17th day of December, 2007.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge